CLIFFORD M. TORRENCE, Appellant, v. THE MEMORIAL PARK CEMETERY

ASSOCIATION, INCORPORATED, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.